1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   VALLEY FAIR REALTY                    Case No.:  2:17-cv-01806-MCE-DB-PS
     CORPORATION,
12
                  Plaintiff,
13                                         **ORDER**

14         v.

15   CALVIN HALE, JEANETTE JACOBS-
     HALE, Does 1-10,
16
                  Defendants.
17

18         On August 29, 2017, Defendants Calvin Hale and Jeanette Jacobs-Hale,

19   proceeding in pro se, filed a Notice of Removal of this unlawful detainer action from the

20   Yuba County Superior Court.[1]  ECF No. 1.  This Court has an independent duty to

21   ascertain its jurisdiction and may remand sua sponte for lack of subject matter

22   jurisdiction.  See 28 U.S.C. § 1447(c).  "The burden of establishing federal jurisdiction is

23   on the party seeking removal, and the removal statute is strictly construed against

24   removal jurisdiction."  Emrich v. Touche Ross & Co., 846 F.2d 1190, 1195 (9th Cir. 1988)

25   (internal citation omitted).  "Federal jurisdiction must be rejected if there is any doubt as

26   to the right of removal in the first instance."  Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th

27   _____

28         [1] Despite Defendants' pro se status, the undersigned revokes any actual or anticipated referral to
     a Magistrate Judge.  See E.D. Cal. Local R. 302(c)(21).

                                              1

Cir. 1992). As explained below, Defendants have failed to meet that burden.

The Notice of Removal is premised on the argument that this Court has federal question jurisdiction under 28 U.S.C. § 1331, asserting that they have a defense available to Plaintiff's unlawful detainer complaint on grounds that the 90 day notice of eviction required under a federal statute was not provided. Examination of Plaintiffs' Complaint shows that it is an unlawful detainer complaint whose demand is specifically limited at less than $10,000. Plaintiff's Complaint does not allege any federal claims; instead, Plaintiff alleges only unlawful detainer under state law. ECF No. 5-1 at 2-20.

"The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the fact of plaintiff's properly pleaded complaint." Caterpillar, Inc. v. Williams, 482 U.S. 386, 392 (1987). This is the case where the complaint "establishes either that [1] federal law creates the cause of action or that [2] the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." Williston Basin Interstate Pipeline Co. v. An Exclusive Gas Storage Leasehold & Easement, 524 F.3d 1090, 1100 (9th Cir. 2008) (quoting Franchise Tax Bd. v. Constr. Laborers Vacation Trust, 463 U.S. 1, 27-28 (1983)).

Here, Plaintiff's sole claim is for unlawful detainer under state law. At most, Defendants argue that they have a defense under federal law. "A case may not be removed to federal court on the basis of a federal defense . . . even if the defense is anticipated in the plaintiff's complaint, and even if both parties admit that the defense is the only question truly at issue in the case." ARCO Envtl. Remediation, LLC v. Dep't. of Health & Envtl. Quality of the State of Montana, 213 F.3d 1108, 1113 (9th Cir. 2000) (citation and quotation marks omitted). Therefore, this Court lacks jurisdiction under 28 U.S.C. §§ 1331.

Accordingly:

1. The action is REMANDED to the Yuba County Superior Court.

2. The Clerk of Court is directed to serve a certified copy of the order on the

1     Clerk of the Yuba County Superior Court, and reference the state case

2     number (No. CVUD17-01131) in the proof of service.

3   3. The Clerk of Court is directed to close this case and vacate all dates.

4   4. The Clerk of the Court is ordered not to open another case removing the

5     following unlawful detainer action: No. CVUD17-01131.

6   IT IS SO ORDERED.

7 Dated:  September 18, 2017

8

9 MORRISON C. ENGLAND, JR.
  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28